■ In the Matter of AILEEN JOSEPH, Respondent, v GEORGE JOSEPH, Appellant. [612 NYS2d 947] —In a proceeding pursuant to Family Court Act article 8, the appeal is from an order of the Family Court, Queens County (Cozier, J.), dated June 8, 1992, denying the appellant's motion to vacate an order of protection entered upon his default in appearing.

■ In the Matter of GEORGE L., Appellant. [612 NYS2d 945] — Appeal by the petitioner, by permission, from an order of the Supreme Court, Orange County (Miller, J.), dated January 15,

1992, which, after a rehearing and review of a commitment order of the same court (King, J.), dated October 31, 1991, committed him to a secure facility for six months pursuant to CPL 330.20 (1) (b) upon finding that he suffered from a "dangerous mental illness".

Ordered that the order is affirmed, without costs or disbursements.

The District Attorney established by a preponderance of the evidence *(see, People v Escobar,* 61 NY2d 431) that the petitioner suffered from a dangerous mental disorder which required his continued commitment to a secure facility *(see,* CPL 330.20 [1] [c]).

We note that the expiration of the commitment order does not render this appeal academic *(see, People v Salem,* 122 AD2d 85). Thompson, J. P., Copertino, Pizzuto and Santucci, JJ., concur.